IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| JANET JAMISON, <br><br> Plaintiff, <br><br> vs. <br><br> SMITH'S FOOD AND DRUG CENTERS, INC., JENNIFER BUTTRICK, JEFF SHORT, and ZANE DAY, <br><br> Defendants. | ORDER ADOPTING REPORT AND RECOMMENDATION <br><br><br> Case No. 2:06 CV 514 TC |

On October 2, 2006, United States Magistrate Judge Paul M. Warner issued a Report and Recommendation in this case, recommending that the Plaintiff's case be DISMISSED as "frivolous" pursuant to 28 U.S.C. § 1915(e)(2)(B)(I). The parties were given ten days to file any objections to the Report and Recommendation. No objections have been filed. The court has considered the magistrate's recommendation and made a *de novo* review of the record before the court. The court finds that the magistrate's findings and conclusions are correct in all respects, and hereby adopts the magistrate's Report and Recommendation as the order of the court. Accordingly, Plaintiff's complaint is DISMISSED without prejudice.

DATED this 23rd day of October, 2006.

                                        BY THE COURT:

                                        */s/ Tena Campbell*

                                        TENA CAMPBELL  
                                        United States District Judge